# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D22-2645
LT Case No. 2020-302464-CFDB
_____

ANDREW BURGMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

David J. Joffe, of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


April 9, 2024


PER CURIAM.

    AFFIRMED.


LAMBERT, SOUD, and MACIVER, JJ., concur.


1

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____